**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| WANDA D. THOMPSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EZ 2 AFFORD CARS,<br><br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO.  1:23-CV-00073-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of the Magistrate Judge's Final Report and Recommendation, and the Court having adopted the same, it is

**Ordered and Adjudged** that this action be **DISMISSED WITHOUT PREJUDICE.**

Dated at Atlanta, Georgia, this 17th day of March, 2023.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By:  s/Ciarra Oduka
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 17, 2023
Kevin P. Weimer
Clerk of Court

By:  s/Ciarra Oduka
　　　Deputy Clerk